

### UNITED STATES DISTRICT COURT
#### SOUTHERN DISTRICT OF NEW YORK
##### UNITED STATES COURTHOUSE
##### 300 QUARROPAS STREET
##### WHITE PLAINS, NY 10601
##### 914-390-4146

CHAMBERS OF
**COLLEEN McMAHON**
DISTRICT JUDGE

28 September 2006

Ortrie D. Smith
Chair
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Re: Calendar Year 2005 Filing

Dear Mr. Smith:

In reference to the letter of inquiry dated September 20, 2006, concerning my 2005 financial disclosure report, my accountants have outlined on the attached schedules the information requested in your letter, cross-referencing the items listed in paragraph two and three to my 2004 report.

Please note that the items indicated on the 2005 report outlined in the second paragraph all appeared on the 2004 disclosure document. We have listed the page number and line number for all items listed. (See pages 1 and 2 attached).

Please note the items listed for the 2004 report outlined in the third paragraph are also cross-referenced to the 2005 report. The only items omitted from the 2005 report were either sold, redeemed or worthless in 2004. These items are noted on page 3.

Very truly yours,

Colleen McMahon
United States District Judge



**HONORABLE COLLEEN MCMAHON**
**LETTER OF INQUIRY**

| | 2005 Report | | | 2004 Report | |
|---|---|---|---|---|---|
| | Page # | Line # | Description | Page # | Line # |
| Part VII | 15 | 185 | Epicore Software | 13 | 225 |
| | 15 | 186 | Bioenvision Inc | 13 | 227 |
| | 15 | 187 | Nassau County NY GO 5.125 1/1/07 | 13 | 228 |
| | 16 | 188 | Hempstead Town NY 4.875 12/1/2006 | 13 | 233 |
| | 16 | 189 | NY ST TWY Authority 6.0 4/1/06 | 13 | 234 |
| | 16 | 190 | Long Island Power 5.5 12/1/06 | 14 | 235 |
| | 16 | 191 | NYS Dormitory 5.0 8/15/2007 | 14 | 236 |
| | 16 | 192 | NYS TWY Authority 5.0 4/1/07 | 14 | 237 |
| | 16 | 193 | Puerto Rico 4.0 7/1/2026 | 14 | 238 |
| | 16 | 194 | Hyde Park Sch 6.45 3/15/2006 | 14 | 239 |
| | 16 | 195 | NYS Dormitory 5.0 2/15/2007 | 14 | 240 |
| | 16 | 196 | NY NY Ser H 5.75 3/15/2008 | 14 | 241 |
| | 16 | 197 | Jordan L Bridge GO 6/15/2005 | 14 | 242 |
| | 16 | 198 | NYS Urban Dev 5.6 4/1/2006 | 14 | 243 |
| | 16 | 199 | Suffolk County WTR 4.625 6/1/2007 | 14 | 244 |
| | 16 | 200 | NYS Dormitory 4.0 2/15/2006 | 14 | 245 |
| | 16 | 201 | NYS Dormitory 4.25 1/15/2006 | 14 | 246 |
| | 16 | 202 | NY NY Mun Water 5.875 6/15/2026 | 14 | 247 |
| | 16 | 203 | Nassau County NY DD 6.5 5/1/2007 | 14 | 248 |
| | 16 | 204 | NYS Urban Dev 2.7 1/1/2027 | 14 | 249 |
| | 17 | 205 | Glen Cover NY Ser A 5.375 1/15/2010 | 14 | 250 |
| | 17 | 206 | NYS Dormitory 5.5 2/15/2005 | 14 | 251 |
| | 17 | 207 | NYS Dormitory 4.4 10/11/2007 | 14 | 252 |



**HONORABLE COLLEEN MCMAHON**                                  Page #2
**LETTER OF INQUIRY**

| | 2005 Report | | | 2004 Report | |
|---|---|---|---|---|---|
| | Page # | Line # | Description | Page # | Line # |
| Part VII | 17 | 208 | NYS Dormitory 9.0 10/10/2007 | 15 | 253 |
| | 17 | 210 | Lucent Technologies Warrants | 15 | 255 |
| | 17 | 211 | Quadramed Corp | 15 | 256 |
| | 17 | 212 | Bank of NY-Repo MM | 15 | 257 |
| | 17 | 213 | Tidewater Acquisition Inc. (Com) | 15 | 258 |
| | 17 | 214 | Tidewater Acquisition Inc(PFD) | 15 | 260 |
| | 17 | 215 | ARX Global High Yield Sec Fund | 15 | 262 |
| | 17 | 216 | Ecelectic Investment Partners LP | 15 | 263 |
| | 18 | 222 | Synaxis Corp Com N/C Sabre Holding | 15 | 267 |
| | 18 | 223 | Morris Global Strategies LP | 15 | 269 |
| | 18 | 229 | North Fork Operating Account Checking (Trust # 3) | 16 | 280 |
| | 18 | 230 | North Fork Money Market Trust # 3 | 16 | 281 |

**HONORABLE COLLEEN MCMAHON**
**LETTER OF INQUIRY- 2004 Report**

| | | 2004 Report | | 2005 Report | |
|---|---|---|---|---|---|
| | Page # | Line # | Description | Page # | Line # |
| Part VII | 2 | 35 | Mellon Bank NE | 6 | 32 |
| | 6 | 96 | Linx Partners LP II | 9 | 85 |
| | 10 | 179 | OK NY LLC (Note Receivable) | | (A) |
| | 11 | 185 | Snowden Pence Holdings 12.5 % Sub Note | | (B) |
| | 12 | 199 | NYS Dormitory 5.25 % 8/15/04 | | ( C ) |
| | 12 | 200 | NYS Dormitory 5.25 Due 8/15/05 | | (D) |
| | 12 | 205 | MAC 5.0 7/1/05 | 15 | 171 |
| | 12 | 207 | NYS Dormitory 5.0 7/1/04 | | (E) |
| | 12 | 208 | White Plains GO 3.75 7/1/04 | | (F) |
| | 12 | 209 | NYS Dormitory 4.0 12/15/05 | 15 | 173 |
| | 12 | 210 | MAC 6.0  7/1/05 | 15 | 174 |
| | 12 | 214 | NY HSG 6.375 9/18/15 | 15 | 178 |
| | 12 | 215 | NYS Dormitory 5.0 7/1/05 | 15 | 179 |
| | 12 | 216 | NYC Health & Hosp 4.2 2/15/07 | 15 | 180 |
| | 13 | 226 | Epicore Software Corp | 15 | 185 |
| | 13 | 228 | Nassau County NY GO 5.125 1/1/07 | 15 | 187 |
| | 14 | 244 | Suffolk County Wtr 4.625 6/1/07 | 16 | 199 |
| | 15 | 260 | Tidewater Acquisition Inc Pfd | 17 | 214 |

| | |
|---|---|
| (A) | OK NY LLC-Note Receivable-Worthless 12/31/04 |
| (B) | Snowden Pence Holdings 12.5% sub Note Sold 3/17/04 |
| ( C ) | NYS Dormitory 5.25% Redeemed 8/15/04 |
| (D) | NYS Dormitory 5.25 % Due 8/15/05- Sold 8/15/04 |
| (E) | NYS Dormitory 5.0 7/1/04-Redeemed 7/1/04 |
| (F) | White Plains GO 3.75 7/1/04-Redeemed 7/1/04 |

AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>McMahon, Colleen | 2. Court or Organization<br><br>US District Court-Southern Dis | 3. Date of Report<br><br>08/04/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US District Judge-Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| | 5b. ☐ Amended Report | |
| 7. Chambers or Office Address<br><br>300 Quarropas Street<br>White Plains, New York 10601 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust # 1 |
| 2. Trustee | Trust #2 |
| 3. Trustee/Warden | Trust # 3(See note # 5) |
| 4. Trustee | Foundation #1 |
| 5. Director | Charis Chamber Choir |
| 6. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DISCLOSURE FINANCIAL OFFICE
2006 AUG 11 A 10:47
RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2005 | NYS & Local Employees Retirement System-Pension Distribution(See Note # 11) | $ 15293 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Morgan Stanley & Co.-CAP Award |
| 2. 2005 | ████████████-Salary |
| 3. 2005 | Emmis Communications Corp -Director Fees |
| 4. 2005 | CSG Systems Inc-Director Fee |
| 5. 2005 | ███████- Directors Fee |
| 6. 2005 | Kohl's Department Stores Inc-Director Fee |
| 7. 2005 | ███████████-Consulting Fee |
| 8. 2005 | Northstar Realty Finance Corp -Director Fee |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Federal Bar Council-Judge McMahon | Jan 29-Feb 6 Winter Bench and Bar Conference, Kona,HI (Local transportation,meals and Room) |
| 2. | |
| 3. | |
| 4. | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/04/2006 |

5.

| Name of Person Reporting | Date of Report |
| --- | --- |
| McMahon, Colleen | 08/04/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. Ohio State University-Phi Beta Kappa Alumni Award Recipient | 2 Football Tickets, Hand Made Vase | $ 420.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. Morgan Stanley Venture Investors III (IRA) | Capital Contribution | K |
| 2. Morgan Stanley Venture Investors III LP | Capital Contribution | K |
| 3. Skyline Venture Partners LP | Capital Contribution | K |
| 4. United States Treasury | Federal Income Taxes(2005 Bal Due) | P1 |
| 5. New York State Deaprtment of Taxation | New York State Income Taxes(2005 Bal due) | P1 |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/04/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Thornburg Ltd. Term Muni. Fd Nat'l | B | Dividend | L | T | | | | | |
| 2. | | | | | | | | | |
| 3. Computer Assoc.Int'l Com (IRA) | A | Dividend | K | T | | | | | |
| 4. Intel Corp. Com (IRA) | C | Dividend | M | T | | | | | |
| 5. Kohl's Corp. Com (IRA) | | None | O | T | | | | | |
| 6. Thornberg Value Fund Class A Mut Fd. (IRA) | C | Dividend | N | T | | | | | |
| 7. PW First Jewel Associate,L.P. | | None | J | U | | | | | |
| 8. Morgan Stanley Venture Investors III LP (IRA) | C | Distribution | L | U | Partial Sale | 11/29 | J | | See Note # 4 |
| 9. Hewlett Packard Com (IRA) | A | Dividend | J | T | | | | | |
| 10. Summit Associates/ Mellon Trustof NE | A | Interest | | | Liquidated | 12/31 | J | | See Note # 1 |
| 11. Summit Assoc./Mellon Trust of NE | | None | | | Liquidated | 12/31 | J | | See Note # 1 |
| 12. Intel Corp Com (Trust #2) | A | Dividend | K | T | | | | | |
| 13. Kohl's Corp Com (Trust #2) | | None | N | T | | | | | |
| 14. KPB Investments Inc. Com | | None | | | Liquidated | 12/31 | | | See Note # 1 & # 2 |
| 15. Morgan Stanley Venture Investors III LP | C | Distribution | L | U | Partial Sale | 11/29 | J | | See Note # 4 |
| 16. Psychemedics Corp. Com | A | Dividend | J | T | | | | | |
| 17. Thornburg Ltd Term Muni Fund Nat'l(Trust #2) | A | Dividend | | | Sale | 1/3 | L | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/04/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Thornburg Ltd Term Muni Fund Nat'l | G | Dividend | P1 | T | Partial Sale | 4/14 | P1 | | |
| 19. EES 1985 LP | D | Distribution | J | U | | | | | See Note # 4 |
| 20. EES 1986 LP | C | Distribution | J | U | | | | | See Note # 4 |
| 21. Citibank(Checking) | A | Interest | K | T | | | | | |
| 22. Citibank(Savings) | A | Interest | J | T | | | | | |
| 23. Citibank(Savings) | A | Interest | J | T | | | | | |
| 24. Citibank(Savings) | A | Interest | J | T | | | | | |
| 25. Skyline Venture Partners,L.P. | | None | M | U | Buy | 4/8 | J | | |
| 26. | | | | | Buy | 10/12 | J | | |
| 27. Information Associates-II,L.P. | C | Distribution | K | U | Partial Sale | 11/23 | K | | See Note # 4 |
| 28. MSCP III L.P. | G | Distribution | O | U | | | | | See Note # 4 |
| 29. McKinley Capital Realty Partners,LLC | | None | J | U | | | | | |
| 30. ▉▉▉▉(1998 300,0000) | | None | N | R | | | | | |
| 31. ▉▉▉▉(1998 300,000) | | None | N | R | | | | | |
| 32. Mellon Bank of NE | D | Interest | L | T | | | | | |
| 33. Bond Finance International Con Due 7/(IRA) | | None | J | T | | | | | |
| 34. MS Investments Inc. Com | | None | | | Liquidated | 12/31 | | | See Note # 1 & Note # 3 |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/04/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. KPB Investments/Mellon Trust of NE | A | Interest | | | Liquidated | 12/31 | J | | See Note # 1 & Note # 2 |
| 36. MS InvestmentsInc/Mellon Trust of NE | A | Interest | | | Liquidated | 12/31 | J | | See Note # 1 & Note # 3 |
| 37. Northwestern Mututal Life | A | Interest | J | T | | | | | |
| 38. Citibank Checking (Trust # 2) | A | Interest | J | T | | | | | |
| 39. EVILCO Life Insurnace (Trust # 1) | A | Interest | J | T | | | | | |
| 40. Northwestern Mututal Life (Trust#1) | A | Interest | L | T | | | | | |
| 41. Northwestern Mututal Life(Trust #1) | | None | K | T | | | | | |
| 42. PHL Insurnace (Trust #1) | | None | L | T | | | | | |
| 43. Passport Money Market Fund (IRA) | A | Dividend | J | T | Rollover | 7/21 | K | | See Note # 11 |
| 44. SFM Domestic Investments LLC | G | Distribution | P2 | U | Buy | 6/14 | N | | See Note # 4 |
| 45. | | | | | Buy | 6/18 | K | | |
| 46. | | | | | Buy | 8/12 | K | | |
| 47. | | | | | Buy | 8/19 | J | | |
| 48. | | | | | Partial Sale | 11/2 | M | | |
| 49. | | | | | Partial Sale | 4/18 | P1 | | |
| 50. Sunrise Capital Special Partners, LLC | D | Distribution | O | U | Buy | 10/4 | J | | See Note # 4 |
| 51. CSG Systems International Inc.Com | | None | P1 | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/04/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Quantum Fund(IRA) | | None | P1 | T | | | | | |
| 53. Summit Mariner, LLC | | None | P1 | U | Buy | 8/24 | O | | |
| 54. Skyline Venture Partners Qualified Purchase Fund II | | None | O | U | Buy | 4/18 | J | | |
| 55. | | | | | Buy | 9/27 | K | | |
| 56. Trident Capital Fund-IV LP | A | Distribution | L | U | | | | | See Note # 4 |
| 57. Sentinel Capital Partners II LP | G | Distribution | O | U | Partial Sale | 2/9 | O | | See Note # 4 |
| 58. | | | | | Partial Sale | 9/19 | M | | |
| 59. Soros Private Equity Partners LLC | G | Distribution | O | U | | | | | See Note # 4 |
| 60. Summit Mariner LLC/JP Morgan Checking | A | Interest | K | T | | | | | |
| 61. Rental # 1 /JPMorgan Checking | A | Interest | J | T | | | | | |
| 62. Rental # ▮▮▮▮(1999 $ 825,000) | D | Rent | O | R | | | | | |
| 63. Rental # 2 New York, NY(1999 $ 900,000) | E | Rent | O | R | | | | | |
| 64. Rental # 2/JP Morgan -Checking | A | Interest | J | T | | | | | |
| 65. JP Morgan(Checking) | A | None | K | T | | | | | |
| 66. Andex Resources LLC | | None | N | U | | | | | |
| 67. Sorco Interfund LP | | None | O | U | | | | | |
| 68. Long Island Power Authority Bond 6% 12/07 | E | Interest | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. NYC General Obligation Bonds 5.25 due 08/06 | D | Interest | M | T | | | | | |
| 70. NYS Dorm. Authority Bond 5.75% due 07/08 | E | Interest | O | T | | | | | |
| 71. NYS Dorm. Authority Bond 7.5% due 07/10 | C | Interest | L | T | | | | | |
| 72. Triad Biotechnology Inc. Preferred Stock | | None | | | Worthless | 6/28 | | | |
| 73. JP Morgan NY Tax-Free M/M Fund | B | Interest | M | T | | | | | |
| 74. Vacant Land ███████ (1999 $ 425,000 ) | | None | N | R | | | | | |
| 75. Five Point Fund LLC | | None | L | U | | | | | |
| 76. Trident Capital Fund V LP | E | Distribution | N | U | Buy | 1/8 | K | | See Note # 4 |
| 77. | | | | | Buy | 7/22 | K | | |
| 78. | | | | | Buy | 10/21 | K | | |
| 79. | | | | | Partial Sale | 9/28 | K | | |
| 80. | | | | | Partial Sale | 11/4 | K | | |
| 81. Nassau Point Partners I LP | | None | O | U | | | | | |
| 82. Nimblegen Systems LLC Preferred | | None | P1 | T | Buy | 11/21 | N | | |
| 83. Karsch Capital II LP | F | Distribution | O | U | | | | | See Note # 4 |
| 84. Origin Investors LP | | None | J | U | | | | | |
| 85. Linx Partners LP II n/c Linx Partners (Q) LP | G | Distribution | P1 | U | Buy | 2/8 | O | | Se Note # 4 & Note # 8 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/04/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy | 8/1 | N | | |
| 87. | | | | | Partial Sale | 7/15 | L | | |
| 88. | | | | | Partial Sale | 4/20 | M | | |
| 89. | | | | | Partial Sale | 8/10 | K | | |
| 90. | | | | | Partial Sale | 12/16 | J | | |
| 91. Grove Capital Commitment Partners LP | G | Distribution | P1 | U | Buy | 3/28 | N | | See Note # 4 |
| 92. | | | | | Buy | 6/21 | M | | |
| 93. | | | | | Partial Sale | 8/7 | P1 | | |
| 94. | | | | | Partial Sale | 8/17 | L | | |
| 95. | | | | | Partial Sale | 9/22 | M | | |
| 96. | | | | | Partial Sale | 7/19 | O | | |
| 97. | | | | | Partial Sale | 12/31 | N | | |
| 98. Martha's Vineyard Golf Partners LLC | | None | K | U | | | | | |
| 99. Silvaris Corp Preferred B | | None | N | T | | | | | |
| 100. Kevin Dann and Partners,LLC | | None | | | Sale | 4/12 | L | | |
| 101. NY College Savings Program Series 151 | A | Interest | | | Redemption | 6/15 | J | | |
| 102. NY College Savings Program Series 151 | A | Interest | | | Redemption | 6/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/04/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. NY College Savers Program Series 151 | A | Interest | J | T | | | | | |
| 104. JP Morgan (Checking) | G | Interest | P2 | T | | | | | |
| 105. NY State Dorm.Auth 6.1% due 07/19 | E | Interest | O | T | | | | | |
| 106. NY NY Transitional 5.3% due 11/09 | D | Interest | N | T | Buy | 2/14 | M | | |
| 107. NYS Med Care FACS 6.9% due 08/34 | E | Interest | | | Redemption | 2/1 | O | | |
| 108. NYS Mtge Agency 5.65% due 10/11 | D | Interest | M | T | | | | | |
| 109. Rome NY HSG DEV 6.25% due 01/18 | D | Interest | M | T | | | | | |
| 110. Oneida Cnty NY 6.25% due 06/15 | E | Interest | O | T | | | | | |
| 111. NY City HSG Dev 5.5% due 11/09 | A | Interest | J | T | | | | | |
| 112. Merrill Lynch-Redi Asset Account(Trust # 3) | | None | | | Removed | 1/25 | | | See Note # 5 |
| 113. Merrill Lynch Income Fund (Trust #3) | | None | | | Removed | 1/25 | | | See Note # 5 |
| 114. Diocesan Investment Trust Equity Fund(Trust #3) | | None | | | Removed | 1/25 | | | See Note # 5 |
| 115. DIT Outreach Endowment Fund(Trust #3) | | None | | | Removed | 1/25 | | | See Note # 5 |
| 116. Bank of New York (Capital Campaign) (Trust #3) | | None | | | Removed | 1/25 | | | See Note # 5 |
| 117. Brookhaven, NY IDAR FLT Rate due 11/01/31 | D | Interest | N | T | Partial Sale | 10/19 | J | A | |
| 118. Dunquesne Fund,LP | G | Distribution | P1 | U | Partial Sale | 12/31 | N | | See Note # 4 |
| 119. JK & B Capital IV QIP LP | | None | O | U | Buy | 3/15 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/04/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. | | | | | Partial Sale | 11/18 | J | | |
| 121. | | | | | Buy | 6/6 | L | | |
| 122. Perseus Biopharmaceutical Investor LP | G | Distribution | P1 | U | Buy | 1/3 | J | | See Note # 4 |
| 123. | | | | | Buy | 1/18 | K | | |
| 124. | | | | | Buy | 5/2 | K | | |
| 125. | | | | | Partial Sale | 6/13 | L | | |
| 126. | | | | | Buy | 6/14 | L | | |
| 127. | | | | | Partial Sale | 7/12 | N | | |
| 128. | | | | | Buy | 8/12 | K | | |
| 129. | | | | | Partial Sale | 11/1 | O | | |
| 130. Skyline Venture Partners Qualified Purchaser Fund III LP | | None | N | U | Buy | 3/1 | K | | |
| 131. | | | | | Buy | 5/2 | K | | |
| 132. | | | | | Buy | 11/2 | K | | |
| 133. Soros Private Equity Partners II LLC(n/c)Towerbrook Private | H2 | Distribution | P2 | U | Buy | 7/29 | M | | See Note # 4 & Note # 8 |
| 134. | | | | | Partial Sale | 1/12 | P1 | | |
| 135. | | | | | Partial Sale | 7/29 | P2 | | |
| 136. | | | | | Partial Sale | 11/19 | P1 | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/04/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. SPEP Limited Partner LLC(n/c)TCP Limited Partners LLC | H2 | Distribution | P3 | U | Buy | 8/22 | N | | See Note # 4 & Note # 8 |
| 138. | | | | | Partial Sale | 7/11 | P1 | | |
| 139. | | | | | Partial Sale | 7/27 | P2 | | |
| 140. | | | | | Partial Sale | 11/19 | P2 | | |
| 141. Grove II LP | G | Distribution | O | U | Partial Sale | 7/19 | M | | See Note # 4 |
| 142. | | | | | Partial Sale | 8/7 | N | | |
| 143. | | | | | Buy | 6/21 | K | | |
| 144. | | | | | Buy | 3/8 | M | | |
| 145. | | | | | Partial Sale | 8/17 | K | | |
| 146. | | | | | Partial Sale | 9/22 | K | | |
| 147. | | | | | Partial Sale | 12/30 | L | | |
| 148. Tactics II LP | | None | M | U | Buy | 2/28 | L | | |
| 149. Bk of NY-Govt 3rd Party Repo (Found #1) | B | Interest | L | T | | | | | |
| 150. JP Morgan Checking(Foundation #1) | A | Interest | J | T | | | | | |
| 151. Nassau Point Partners II LP | | None | O | U | | | | | |
| 152. Harris Insight Tax Exempt MM | A | Interest | | | Closed | 4/28 | K | | |
| 153. Harris Insight Gov't MM (IRA) | A | Interest | | | Transferred | 7/5 | J | | See Note # 9 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | HI =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | | |
| | Q =Appraisal | V =Other | S =Assessment | | | |
| | U =Book Value | | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/04/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" aft each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date<br>Month -<br>Day | er (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. Harris Insight MM(Trust #2) | A | Interest | K | T | | | | | |
| 155. MM Community Funding III Sub Note | F | Dividend | N | T | | | | | |
| 156. OR Music LLC | | None | J | U | | | | | |
| 157. Colonial Printing LLC | D | Distribution | M | U | Buy | 8/22 | J | | See Note # 4 |
| 158. | | | | | Partial Sale | 1/14 | J | | |
| 159. | | | | | Partial Sale | 3/16 | J | | |
| 160. | | | | | Partial Sale | 4/18 | J | | |
| 161. | | | | | Partial Sale | 7/11 | J | | |
| 162. Windstar Capital LLC Notes Receviable | | None | N | T | | | | | |
| 163. Jetblue Airways Rstd Com | | None | K | T | | | | | |
| 164. Jetblue Airways Rstd Com | | None | K | T | | | | | |
| 165. Jetblue Airways Rstd Com | | None | K | T | | | | | |
| 166. Merrill Lynch Donor Restricted Fund (Trust # 3) | | None | | | Removed | 1/26 | | | See Note # 5 |
| 167. SFM Participation LP | | None | J | U | | | | | |
| 168. Capital Income Builders Fd Cl A(IRA) | A | Dividend | K | T | | | | | |
| 169. Kinderhook NY GO 6.0 6/15/07 | D | Interest | M | T | | | | | |
| 170. NYC GO 5.625 4/15/05 | D | Interest | | | Redemption | 4/15 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| | | | | | | If not exempt from disclosure | | | |
| 171. MAC 5.0 7/1/05 | D | Interest | | | Redepmtion | 7/1 | M | | |
| 172. NY NY UNLTD 6.25 4/15/06 | E | Interest | O | T | | | | | |
| 173. NYS Dorm 4.00 12/15/05 | E | Interest | | | Redemption | 12/15 | N | | |
| 174. MAC 6.00 7/1/05 | E | Interest | | | Redemption | 7/1 | N | | |
| 175. NY NY DD 6.00 10/15/05 | D | Interest | | | Redemption | 10/15 | M | | |
| 176. NYS Env 6.7 6/15/10 | D | Interest | M | T | | | | | |
| 177. MTA 5.00 11/15/07 | D | Interest | M | T | | | | | |
| 178. NY HSG 6.375 9/15/15 | D | Interest | L | T | \ | | | | |
| 179. NYS Dorm 5.00 7/1/05 | C | Interest | | | Redemption | 7/1 | L | | |
| 180. NYC Health & Hosp 4.2 2/15/07 | D | Interest | M | T | | | | | |
| 181. Onondaga Cnty NY 4.125 5/1/07 | C | Interest | M | T | | | | | |
| 182. MSIF Money Market | A | Dividend | J | T | | | | | |
| 183. MSIF Money Market | A | Dividend | J | T | | | | | |
| 184. MSIF Money Market | A | Dividend | J | T | | | | | |
| 185. Epicore Software Corp(Com) | | None | | | Sale | 1/18 | K | E | |
| 186. Bioenvision Inc (Com) | | None | N | T | | | | | |
| 187. Nassau Cnty NY GO 5.125 1/1/07 | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/04/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Hempstead Town NY 4.875 12/1/06 | D | Interest | M | T | | | | | |
| 189. NY ST TWY Auth 6.0 4/1/06 | D | Interest | M | T | | | | | |
| 190. Long Island Power 5.5 12/1/06 | E | Interest | O | T | | | | | |
| 191. NYS Dormitory 5.0 8/15/07 | C | Interest | M | T | | | | | |
| 192. NYS TWY Auth 5.0 4/1/07 | C | Interest | M | T | | | | | |
| 193. Puerto Rico Pub Bldg 4.0 7/1/26 | E | Interest | N | T | | | | | |
| 194. Hyde Park Sch 6.45 3/15/06 | D | Interest | M | T | | | | | |
| 195. NYS Dormitory 5.0 2/15/07 | D | Interest | M | T | | | | | |
| 196. NY NY Ser H 5.75 3/15/08 | E | Interest | N | T | | | | | |
| 197. Jordan El Bridge GO 3.0 6/15/05 | C | Interest | | | Redemption | 6/15 | M | | |
| 198. NYS Urban Dev 5.6 4/1/06 | D | Interest | M | T | | | | | |
| 199. Suffolk County WTR 4.625 6/1/07 | C | Interest | L | T | Partial Sale | 6/1 | K | | |
| 200. NYS Dormitory 4.0 2/15/06 | E | Interest | O | T | | | | | |
| 201. NYS Dormitory 4.25 1/15/06 | D | Interest | M | T | | | | | |
| 202. NY NY Mun Water 5.875 6/15/26 | E | Interest | N | T | | | | | |
| 203. Nassau Cnty NY DD 6.5 5/1/07 | D | Interest | M | T | | | | | |
| 204. NYS Urban Dev 5.7 1/1/27 | C | Interest | M | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000
(See Column C2)    Q =Appraisal    V =Other    S =Assessment    T =Cash Market
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/04/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. Glen Cove NY Ser A 5.375 1/15/10 | D | Interest | M | T | | | | | |
| 206. NYS Dorm 5.5 2/15/05 | D | Interest | | | Redemption | 2/15 | O | | |
| 207. NYS Dormitory 4.4 7/1/05 | C | Interest | | | Redemption | 7/1 | M | | |
| 208. NYS Dormitory 9.0 10/10/7 | E | Interest | N | T | | | | | |
| 209. Northstar Realty Finance Corp Com | E | Dividend | P1 | T | Buy | 12/13 | N | | |
| 210. Lucent Technologies Warrants | | None | J | T | | | | | |
| 211. Quadramed Corp | | None | J | T | | | | | |
| 212. Bank of NY Gov't Repo MM | D | Interest | J | T | | | | | |
| 213. Tidewater Acquisition Inc Com | | None | J | T | | | | | |
| 214. Tidewater Acquisition Inc Pfd | D | Dividend | L | T | Partial Sale | 12/16 | J | | |
| 215. ARX Global HighYield Sec Fund I LP | F | Distribution | P1 | U | | | | | See Note # 4 |
| 216. Eclectic Investment Partners LP | B | Distribution | O | U | | | | | See Note # 4 |
| 217. Kinderhook Capital I LP | E | Distribution | P1 | U | Buy | 2/8 | K | | See Note # 4 |
| 218. | | | | | Buy | 5/2 | K | | |
| 219. | | | | | Buy | 8/23 | L | | |
| 220. | | | | | Buy | 12/2 | L | | |
| 221. | | | | | Partial Sale | 12/31 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,000 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/04/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Synaxis Corp com(N/C Sabre Holdings) | | None | | | Sale | 1/19 | M | D | See Note # 8 |
| 223. Morris Global Strategies LP | F | Distribution | O | U | | | | | See Note # 4 |
| 224. Capital World Grth & Incm Fd Cl A(IRA) | C | Dividend | L | T | Buy | 7/29 | K | | |
| 225. | | | | | Buy | 12/27 | J | | |
| 226. Thornburg CRE GWT I | B | Dividend | L | T | Buy | 2/11 | J | | |
| 227. Thornburg CRE GWT I | B | Dividend | L | T | Buy | 2/11 | J | | |
| 228. Thornburg CRE GWT I | B | Dividend | L | T | Buy | 2/11 | J | | |
| 229. North Fork Operating Account Checking (Trust # 3) | | None | | | Removed | 1/25 | | | See Note # 5 |
| 230. North Fork Money Market(Trust # 3) | | None | | | Removed | 1/25 | | | See Note # 5 |
| 231. Liquid Asset Portfolio Money Market(IRA) | A | Interest | J | T | Transferred | 7/5 | J | | See Note # 9 |
| 232. Thornburg-Core Growth A(Trust #2) | B | Distribution | L | T | Buy | 1/3 | L | | |
| 233. New York State Env FACS 5.6 6/15/12 | C | Interest | | | Buy | 1/4 | M | | |
| 234. | | | | | Called | 6/15 | M | | |
| 235. MAC 6.0 7/1/05 | B | Interest | | | Buy | 2/11 | M | | |
| 236. | | | | | Redemption | 7/1 | L | | |
| 237. NYS Dorm 5.25 8/15/06 | D | Interest | N | T | Buy | 2/11 | N | | |
| 238. Long Island Power 5.5 12/1/09 | E | Interest | P1 | T | Buy | 2/14 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/04/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy | 2/15 | O | | |
| 240. MTA 5.0 11/15/06 | C | Interest | M | T | Buy | 2/14 | M | | |
| 241. NYC GO 5.25 8/1/09 | B | Interest | M | T | Buy | 2/14 | M | | |
| 242. NYC GO 6.0 8/1/05 | C | Interest | | | Buy | 2/14 | M | | |
| 243. | | | | | Redemption | 8/1 | M | | |
| 244. NY NY DD 6.25 5/15/06 | D | Interest | M | T | Buy | 2/14 | M | | |
| 245. NY NY DD 5.0 8/15/16 | C | Interest | M | T | Buy | 2/14 | M | | |
| 246. NYS Dormitory 5.0 8/1/07 | C | Interest | M | T | Buy | 2/14 | M | | |
| 247. NYS Dormitory 5.0 7/1/09 | B | Interest | M | T | Buy | 2/14 | M | | |
| 248. NYS Dormitory 6.0 7/1/07 | D | Interest | N | T | Buy | 2/14 | N | | |
| 249. NYS Energy 5.9 12/1/06 | E | Interest | O | T | Buy | 2/14 | O | | |
| 250. NYS Power Auth 6.5 1/1/08 | D | Interest | N | T | Buy | 2/14 | N | | |
| 251. NYS GO 5.25 8/1/08 | E | Interest | P1 | T | Buy | 2/16 | P1 | | |
| 252. Erie Cnty NY 5.0 5/1/09 | D | Interest | M | T | Buy | 2/17 | M | | |
| 253. NYS GO 6.0 11/15/08 | D | Interest | N | T | Buy | 2/17 | N | | |
| 254. Niagra Falls NY 5.625 6/15/10 | D | Interest | M | T | Buy | 2/17 | M | | |
| 255. NYC GO 4.125 3/15/10 | B | Interest | M | T | Buy | 2/23 | M | | |

1. Income Gain Codes: (See Columns B1 and D4) — A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3) — J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes (See Column C2) — Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/04/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. NYC Transitional 5.25 11/15/11 | D | Interest | N | T | Buy | 2/23 | N | | |
| 257. Windsor NY 3.75 6/15/05 | D | Interest | | | Buy | 2/23 | N | | |
| 258. | | | | | Redemption | 6/15 | N | | |
| 259. NYS Dormitory 5.0 2/15/11 | E | Interest | P1 | T | Buy | 3/2 | P1 | | |
| 260. NYS RFDG 6.25 8/15/05 | B | Interest | | | Buy | 5/12 | M | | |
| 261. | | | | | Redemption | 8/15 | M | | |
| 262. Puerto Rico Elec Power 5.25 7/1/06 | A | Interest | M | T | Buy | 5/13 | M | | |
| 263. Puerto Rico Aqueduct SWR Auth 5.9 7/1/06 | A | Interest | M | T | Buy | 6/16 | M | | |
| 264. Suffolk County NY 5.0 2/1/09 | C | Interest | P1 | T | Buy | 7/12 | P1 | | |
| 265. NYC Mun Water 5.8 6/15/29 | E | Interest | P1 | T | Buy | 7/15 | O | | |
| 266. Tobacco Settlement Finc Corp 5.0 6/1/07 | C | Interest | N | T | Buy | 8/1 | N | | |
| 267. NYS Dormitory 5.75 2/15/08 | B | Interest | P1 | T | Buy | 8/4 | P1 | | |
| 268. NYS Dormitory 4.0 8/1/07 | | None | N | T | Buy | 8/4 | N | | |
| 269. NYS Dormitory 5.25 7/1/09 | | None | P1 | T | Buy | 8/4 | P1 | | |
| 270. NYS TWY Auth 5.5 4/1/07 | C | Interest | O | T | Buy | 8/4 | O | | |
| 271. Port Authority NY NJ 4.375 12/1/07 | C | Interest | M | T | Buy | 8/4 | M | | |
| 272. Yonkers NY 6.25 2/1/16 | | None | N | T | Buy | 8/19 | N | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/04/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. NYS TWY Auth 5.25 4/1/08 | A | Interest | M | T | Buy | 8/27 | M | | |
| 274. NYC GO 5.125 3/15/19 | | None | M | T | Buy | 10/3 | M | | |
| 275. Nassau Cnty NY 4.0 11/15/08 | A | Interest | M | T | Buy | 10/17 | M | | |
| 276. US Treasury Bill 11/17/05 | B | Interest | | | Buy | 10/20 | N | | |
| 277. | | | | | Redemption | 11/17 | N | | |
| 278. US Treasury Bill 12/22/05 | B | Interest | | | Buy | 11/25 | O | | |
| 279. | | | | | Redemption | 12/22 | O | | |
| 280. NYS TWY Auth 5.75 4/1/16 | | None | M | T | Buy | 12/6 | M | | |
| 281. US Treasury Bill 2/16/06 | | None | O | T | Buy | 12/27 | O | | |
| 282. JP Morgan Chase(Com) | | None | | | Buy | 10/17 | O | | |
| 283. | | | | | Sale | 11/23 | O | F | |
| 284. JP Morgan Tax Free MM Premier Sweep | A | Interest | J | T | Opened | 11/29 | J | | |
| 285. Ensco Intl Inc(Com) | | None | | | Buy | 9/20 | N | | |
| 286. | | | | | Sale | 11/23 | N | F | |
| 287. Noble Corp(Com) | | None | | | Buy | 9/20 | O | | |
| 288. | | | | | Sale | 10/20 | O | | |
| 289. UTS Energy Corp (Com) | | None | L | T | Buy | 9/20 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/04/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. Safeway Inc (Com) | | None | M | T | Buy | 11/17 | M | | |
| 291. Vornado Realty Trust(Com) | D | Dividend | O | T | Buy | 11/17 | O | | |
| 292. ABB LTD(Com) | | None | L | T | Buy | 11/17 | L | | |
| 293. JP Morgan Chase (Com)(x) | | None | | | Exempt Gift | 12/15 | | | See Note # 7 |
| 294. | | | | | Donated | | | | See Note # 7 |
| 295. Emmis Broadcasting Corp Cl A (Com) | | None | K | T | Buy | 1/4 | K | | |
| 296. Epicore Software Corp(Com) | | None | | | Distribution | 9/19 | J | | See Note # 6 |
| 297. | | | | | Donated | 9/23 | | | Transfer to Foundation #1 |
| 298. Epicore Software Corp (Com)((Foundation # 1) | | None | | | Received | 9/23 | K | | |
| 299. | | | | | Sale | 9/28 | K | A | |
| 300. KDP Holdings LLC(Promissory Note) | | None | L | T | Received | 4/12 | L | | See Note # 10 |
| 301. Merrill Lynch Redi Assets (MM) | | None | J | T | Buy | 12/15 | J | | |
| 302. R Thompson Trucking(Subordinated Note) | C | Interest | K | T | Buy | 2/14 | K | | |
| 303. R Thompson Trucking(Preferred Stock) | | None | K | T | Buy | 2/14 | K | | |
| 304. R Thompson Trucking(Com) | | None | K | T | Buy | 2/14 | K | | |
| 305. Colonial Printing LLC(Subordinated Note) | A | Interest | K | T | Buy | 8/11 | K | | |
| 306. Menemsha Captial Partners Ltd(Com) | E | Distribution | K | U | Buy | 5/31 | K | | Se Note # 4 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/04/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Snowden Pence Holdings (Com) | A | Interest | | | Buy | 1/1 | J | | |
| 308. | | | | | Sale | 4/5 | K | E | |
| 309. Alba Advisors LLC | | None | L | U | Buy | 8/19 | L | | |
| 310. Camulos Partners LP | G | Distribution | P2 | U | Buy | 9/21 | P1 | | See Note # 4 |
| 311. | | | | | Buy | 10/25 | P1 | | |
| 312. Capital SLI Group LLC | | None | P1 | U | Buy | 8/18 | P1 | | |
| 313. | | | | | Buy | 10/25 | J | | |
| 314. CGI Partners,LP | | None | P1 | U | Buy | 12/22 | P1 | | |
| 315. Duma Global Opportunity Fund LP | D | Distribution | P1 | U | Buy | 5/2 | P1 | | See Note # 4 |
| 316. Micell Technologies Inc.(Com) | | None | K | T | Buy | 4/18 | K | | |
| 317. The Eroica Fund LP | | None | O | U | Buy | 4/25 | M | | |
| 318. | | | | | Buy | 9/23 | N | | |
| 319. 441 East 57th Street LLC | | None | N | U | Buy | 11/1 | N | | |
| 320. Half Shell Entertainment Films LLC | A | Distribution | L | U | Buy | 10/3 | K | | See Note # 4 |
| 321. ICP D100 LLC | A | Distribution | N | U | Buy | 11/21 | M | | See Note # 4 |
| 322. ICP D400 LLC | | None | M | U | Buy | 12/19 | M | | |
| 323. ICP D200 LLC | | None | M | U | Buy | 12/19 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/04/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. ICP 2800A LLC | | None | M | U | Buy | 9/27 | M | | |
| 325. | | | | | Partial Sale | 11/25 | K | | |
| 326. Linx Partners II LP | | None | K | U | Buy | 11/20 | K | | |
| 327. Lone Cypress Company Ltd | C | Distribution | P1 | U | Buy | 12/20 | P1 | | See Note # 4 |
| 328. 133 West 4th Street LLC | | None | P1 | U | Buy | 3/2 | O | | |
| 329. | | | | | Buy | 7/11 | O | | |
| 330. SEEF Manager LLC | G | Distribution | N | U | Buy | 2/1 | K | | See Note # 4 |
| 331. | | | | | Partial Sale | 4/6 | M | | |
| 332. | | | | | Partial Sale | 7/5 | M | | |
| 333. | | | | | Partial Sale | 8/3 | L | | |
| 334. Semper Vic Partners (QP)LP | D | Distribution | P1 | U | Buy | 4/11 | O | | See note # 4 |
| 335. Sentinel Capital Investors III LP | | None | M | U | Buy | 5/9 | K | | |
| 336. | | | | | Buy | 5/31 | L | | |
| 337. | | | | | Buy | 12/1 | L | | |
| 338. SFM Participation II LP | | None | N | U | Buy | 11/8 | L | | |
| 339. | | | | | Buy | 12/30 | M | | |
| 340. | | | | | Buy | 12/31 | M | | |

1. Income Gain Codes: (See Columns B1 and D4)  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
3. Value Method Codes: (See Column C2)   P3 =$25,000,001 - $50,000,000   R =Cost (Real Estate Only)   P4 =More than $50,000,000   T =Cash Market
Q =Appraisal   V =Other   S =Assessment
U =Book Value   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/04/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Triad Liquidating Company LLC | | None | J | U | Buy | 6/28 | J | | |
| 342. HorseTV Media Group Inc Ser A (Com) | | None | M | T | Buy | 3/15 | M | | |
| 343. Venn Global Opportunity Fund LP | | None | O | U | Buy | 12/22 | O | | |
| 344. North Salem Acquisition & Development Fund 2005 LP | | None | P1 | U | Buy | 3/28 | O | | |
| 345. | | | | | Buy | 12/25 | O | | |
| 346. | | | | | Partial Sale | 5/3 | K | | |
| 347. | | | | | Partial Sale | 5/22 | K | | |
| 348. | | | | | Partial Sale | 7/25 | K | | |
| 349. | | | | | Partial Sale | 8/7 | K | | |
| 350. | | | | | Partial Sale | 9/9 | K | | |
| 351. | | | | | Partial Sale | 10/7 | K | | |
| 352. | | | | | Partial Sale | 11/11 | K | | |
| 353. | | | | | Partial Sale | 12/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

**Note # 1**
Explanation Re:Section VII Item #'s 10,11,14,34,35,36
Summit Associates LP was a General Partnership, of which both shareholders were closely held "S" Corporations,(KPB Investments Inc., and MS Investments., Inc)..
The partnership was liquidated on December 31, 2005.. The cash was distributed to the General Partners.

**Note #2**
Explanation Re: Section VII Item # 14 & 35
KPB Investments Inc., was a general partner of Summit Associates. The only asset of the corporation was cash. The corporation was liquidated and the cash distributed on December 31, 2005.

**Note # 3**
Explanation Re:Section VII Item #' 34 & 36
MS Investments Inc., was a general partner of Summit Associates. The only assets of the corporation was cash . The corporation was liquidated and the cash distributed on December 31, 2005.

**Note #4**
Explanation Re:Section VII Item #'
8,15,19,20,27,28,44,50,56,57,59,76,83,85,91,118,122,133,137,141,157,215,216,217,223,306,310,315,320,321,327,330,334
The income from investments in Limited partnerships usually contain more than one type of income. For income valuation purposes,the various amounts were combined to determine the amount code in column B(1)The type of income in column B(2)is labeled "distribution", to denote more then one category of income was contained in schedule K-1 received from the partnership.

**Note # 5**
Explanation Re:Section I Item # 1 (3) VII Item # 112,113,114,115,116,229,230
On January 25, 2005 , Judge McMahon resigned as a Churchwarden of her parish church. The assets of the parish,which were corporate assets,were previously listed on this report.These assets are labeled "Removed" in column D(1)utilizing the resignation date of January 25 in column D(2).We did not include a value in column D(3) since it was not available.

**Note # 6**
Explanation Re:Section VII Item #'s 296
These securities were not purchased but were received from time to time as in-kind distributions from the various Limited Partnerships These securities are listed as a "Distribution" in column D(1). The date in column D(2) is the effective date of the distribution. The Value in column D(3) is the distributees's pro rate share of the total acquisition of the assets by the Limited Partnership, as reported by the General Partner.

**Note # 7**
Explanation Re:Section VII Item # 293,294
The securities received were an exempt gift received by the Judge in 2005. They were exempted from reporting under Section V, and donated after receipt.

**Note # 8**
Explanation Re:Section VII Item # 85,133,137,222
The name of these partnerships were changed in 2005. Linx Partners LP II is now Linx Partners (Q),LP. Soros Private Equity Partners II LLC is now called Towerbrook Private Equity Partners II LLC. SPEP Limited Partners LLC is now called TCP Limited Partners,LLC. Synaxis Corp is now called Sabre Holdings Corporation.

**Note # 9**
Explanation Re:Section VII Item # 153, 231
The IRA Account held at Harris Direct was moved to Morgan Stanley. The money market account that was previously held in the Harris Insight Gov't MM(IRA) was transferred to the Morgan Stanley Liquid Asset Portfolio Money Market(IRA) account.

**Note # 10**
Explanation Re: Section VII Item # 100, 300
The Kevin Dann and Partners LLC partnership terminated in 2005. The partnership distributed both cash and a Promissory note issued by KDP Holding Inc. The Promissory note is indicated as Received in Column D(1)

**Note # 11**
Explanation Re:Section III Item #1, Section VII Item # 43
Judge McMahon received a distribution from a retirement account held by NYS & Local Employees Retirement System. These funds were rolled over to her IRA account( Passport Money Market fund).

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/04/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____    Date____8/10/06____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544